Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsey N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
lcasillas@klinedinstlaw.com

Attorneys for Defendant,
BRAEMAR PARTNERSHIP dba
CATAMARAN RESORT HOTEL AND SPA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>Plaintiff,<br><br>v.<br><br>BRAEMAR PARTNERSHIP DBA CATAMARAN RESORT HOTEL AND SPA,<br><br>Defendant. | Case No. 3:19-cv-01446-GPC-MSB<br><br>**NOTICE OF DEFENDANT BRAEMAR PARTNERSHIP dba CATAMARAN RESORT HOTEL AND SPA'S MOTION TO DISMISS PURSUANT TO FRCP R. 12(B)6, 12(E) AND MOTION TO STRIKE PURSUANT TO FRCP R. 12(F)**<br><br>Date:             December 13, 2019<br>Time:            1:30 p.m.<br>Courtroom:   2D<br>Judge:           Hon. Gonzalo P. Curiel<br>Magistrate Judge: Hon. Michael S. Berg<br>Trial Date:    None set<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on December 13, 2019, at 1:30 p.m., in Courtroom 2D of the above-entitled Court located at 221 West Broadway, San Diego,

California 92101, Nadia P. Bermudez on behalf of Defendant BRAEMAR PARTNERSHIP dba CATAMARAN RESORT HOTEL AND SPA ("CATAMARAN") will and hereby does move the Court to dismiss Plaintiff PETER STROJNIK, SR.'s ("Plaintiff") First Amended Complaint ("FAC") pursuant to Federal Rules of Civil Procedure, Rule 12(b)6 because Plaintiff fails to state a claim upon which relief can be granted as to the fourth causes of action and pursuant to 12(e); additionally, various allegations in the FAC should be stricken pursuant to Rule 12(f), including the allegations that:

1. Plaintiff is entitled to attorney's fees as a *pro per* (FAC, p. 4, ln. 8) from an in *pro per* party;
2. Plaintiff is entitled to an order for a business closure under the ADA and DPA (FAC ¶29, p. 5, lns. 13-13, ¶35 p. 6, lns. 21-22);
3. Plaintiff is entitled to treble damages (FAC ¶29, p. 5, ln. 16 and ¶35 p. 6, ln. 24); and
4. Plaintiff is entitled to punitive damages (FAC ¶64, and p. 6, lns. 18-19).

Such allegations must be stricken and the fourth claim should be dismissed.

This motion is based on this Notice of Motion and Motion; the Memorandum of Points and Authorities filed herewith; the Declaration of Nadia P. Bermudez filed herewith; the Request for Judicial Notice filed herewith; the papers, records, and pleadings on file in this action; and upon such evidence and argument as may be presented before or at the hearing on this matter.

KLINEDINST PC

DATED: September 24, 2019   By: /s/Nadia P. Bermudez
Nadia P. Bermudez
Lindsey N. Casillas
Attorneys for Defendant,
BRAEMAR PARTNERSHIP dba
CATAMARAN RESORT HOTEL AND SPA