Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsey N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
lcasillas@klinedinstlaw.com

Attorneys for Defendant,
BRAEMAR PARTNERSHIP dba
CATAMARAN RESORT HOTEL AND SPA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>Plaintiff,<br><br>v.<br><br>BRAEMAR PARTNERSHIP DBA CATAMARAN RESORT HOTEL AND SPA,<br><br>Defendant. | Case No. 3:19-cv-01446-GPC-MSB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT BRAEMAR PARTNERSHIP dba CATAMARAN RESORT HOTEL AND SPA'S MOTION TO DISMISS PURSUANT TO FRCP R. 12(B)6, 12(E) AND MOTION TO STRIKE PURSUANT TO FRCP R. 12(F)**<br><br>Date: December 13, 2019<br>Time: 1:30 p.m.<br>Courtroom: 2D<br>Judge: Hon. Gonzalo P. Curiel<br>Magistrate Judge: Hon. Michael S. Berg<br>Trial Date: None set<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

/ / /

/ / /

Pursuant to Federal Rule of Evidence Rule 201, defendant BRAEMAR PARTNERSHIP dba CATAMARAN RESORT HOTEL AND SPA ("Defendant") hereby submits this request for judicial notice in support of its Rule 12(b)(6), 12(e) and 12(f) Motion to Dismiss.

Rule 201 permits the Court to take judicial notice of facts which are not subject to reasonable dispute. (Fed. R. Evid. 201(b).) A fact is not subject to reasonable dispute if it is either (1) "generally known within the trial court's territorial jurisdiction," or (2) capable of accurate and ready determination from "sources who accuracy cannot reasonably be questioned." (*Id.*) If a party requests judicial notice and supplies the Court with the necessary information, the Court must take judicial notice of the fact. (*Id.*) Judicial notice of the four exhibits is proper because they are matters in the public record. Judicial notice is proper here because the documents for which the request is made are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b)(2); *Lee v. City of Los Angeles*, 250 F.3d 688, 689-690 (9th Cir. 2001).

Accordingly, Defendant respectfully requests the Court take judicial notice of Exhibits 1 through 2 to the Declaration of Nadia P. Bermudez, filed concurrently herewith:

| | |
|---|---|
| Exhibit 1 | Memorandum of points and authorities in support of Evans Hotel, LLC's Motion to Declare Peter Strojnik a vexatious litigant filed in *Peter Strojnik (Sr.) v. Evans Hotels, LLC dba The Lodge At Torrey Pines,* Case No. 3:19-cv-0650-BAS-AHG |
| Exhibit 2 | State Bar of Arizona's Motion to Dismiss Peter Strojnik's Second Amended Complaint filed on August 15, 2019 in a case entitled *Peter Strojnik vs. State Bar of Arizona, et al.* Case No. 2:19-cv-02704-DJH pending in the United States District Court of Arizona. |

Courts may consider on a motion to dismiss any matter that is subject to judicial notice. See *Zucco Partners, LLC v. Digimarc Corp.*, 552 F.3d 981, 991 (9th Cir. 2009) (court may consider matters subject to judicial notice in deciding a motion to dismiss); *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (same). Also, "a court may consider material which is properly submitted as part of the complaint on a motion to dismiss without converting the motion . . . into a motion for summary judgment." *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001) (internal quotation marks and citation omitted).

For the foregoing reasons, Defendant respectfully requests the Court grant its request to take judicial notice of the foregoing materials and information.

KLINEDINST PC

DATED: September 24, 2019    By:    /s/Nadia P. Bermudez
　　　　　　　　　　　　　　　　　　Nadia P. Bermudez
　　　　　　　　　　　　　　　　　　Lindsey N. Casillas
　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　BRAEMAR PARTNERSHIP dba
　　　　　　　　　　　　　　　　　　CATAMARAN RESORT HOTEL AND SPA

18063045.1