Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsey N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
lcasillas@klinedinstlaw.com

Attorneys for Defendant,
BRAEMAR PARTNERSHIP dba
CATAMARAN RESORT HOTEL AND SPA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>    Plaintiff,<br><br>    v.<br><br>BRAEMAR PARTNERSHIP DBA CATAMARAN RESORT HOTEL AND SPA,<br><br>    Defendant. | Case No. 3:19-cv-01446-GPC-MSB<br><br>**DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF DEFENDANT BRAEMAR PARTNERSHIP dba CATAMARAN RESORT HOTEL AND SPA'S MOTION TO DISMISS PURSUANT TO FRCP R. 12(B)6, 12(E) AND MOTION TO STRIKE PURSUANT TO FRCP R. 12(F)**<br><br>Date:          December 13, 2019<br>Time:          1:30 p.m.<br>Courtroom:     2D<br>Judge:         Hon. Gonzalo P. Curiel<br>Magistrate Judge: Hon. Michael S. Berg<br>Trial Date:    None set<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

/ / /

1                                             Case No. 3:19-cv-01446-GPC-MSB
DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF DEFENDANT BRAEMAR PARTNERSHIP dba
CATAMARAN RESORT HOTEL AND SPA'S MOTION TO DISMISS PURSUANT TO FRCP R. 12(B)6, 12(E)

I, Nadia P. Bermudez, do hereby declare:

1. I am an attorney at law duly licensed to appear before all Courts in the State of California and I am a shareholder with the law firm of Klinedinst PC, attorneys of record for Defendant BRAEMAR PARTNERSHIP dba CATAMARAN RESORT HOTEL AND SPA ("Defendant"), in the above-captioned action.

2. I have personal knowledge of the following facts and, if called upon as a witness, could competently testify thereto, except as to those matters which are explicitly set forth as based upon my information and belief and, as to such matters, I am informed and believe that they are true and correct.

3. The Catamaran Resort Hotel and Spa (a *dba* of Defendant Braemar Partnership [Defendant"]) is operated by Evans Hotels, LLC which was sued by Peter Strojnik for near identical violations of the Americans with Disabilities Act (ADA) in a case entitled: *Peter Strojnik (Sr.) v. Evans Hotels, LLC dba The Lodge At Torrey Pines,* Case No. 3:19-cv-0650-BAS-AHG filed in United States District Court, Southern District of California ("the Related Case"). As stated in the Notice of Related Case filed on September 20, 2019, a Motion to declare Peter Strojnik a vexatious litigant is pending in the Related Case ("Vexatious Litigant Motion"). The Vexatious Litigant Motion details Peter Strojnik's disbarment from the Arizona State Bar due to his filing of frivolous ADA cases. Attached hereto as Exhibit 1 (referenced in the Request for Judicial Notice filed concurrently) is a true and correct copy of the memorandum of points and authorities of Evans Hotel, LLC's Motion to Declare Peter Strojnik a vexatious litigant filed in the Related Case.

4. Additionally, as detailed in the motion to declare Peter Strojnik a vexatious litigant, Strojnik sued the Arizona State Bar in federal court due to his disbarment. Attached hereto as Exhibit 2 (referenced in the Request for Judicial Notice filed concurrently) is a true and correct copy of State Bar of Arizona's Motion

///

///

to Dismiss Peter Strojnik's Second Amended Complaint filed on August 15, 2019 in a case entitled *Peter Strojnik vs. State Bar of Arizona, et al.* Case No. 2:19-cv-02704-DJH pending in the United States District Court of Arizona.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

Executed this 24th day of September, 2019, at San Diego, California.

By: s/ Nadia P. Bermudez
Nadia P. Bermudez

18063050.1

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

3    Case No. 3:19-cv-01446-GPC-MSB
DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF DEFENDANT BRAEMAR PARTNERSHIP dba CATAMARAN RESORT HOTEL AND SPA'S MOTION TO DISMISS PURSUANT TO FRCP R. 12(B)6, 12(E)

## TABLE OF CONTENTS

| Exhibit No. | Description | Pages |
|---|---|---|
| Exhibit 1 | Memorandum of points and authorities in support of Evans Hotel, LLC's Motion to Declare Peter Strojnik a vexatious litigant filed in *Peter Strojnik (Sr.) v. Evans Hotels, LLC dba The Lodge At Torrey Pines,* Case No. 3:19-cv-0650-BAS-AHG | 5-21 |
| Exhibit 2 | State Bar of Arizona's Motion to Dismiss Peter Strojnik's Second Amended Complaint filed on August 15, 2019 in a case entitled *Peter Strojnik vs. State Bar of Arizona, et al.* Case No. 2:19-cv-02704-DJH pending in the United States District Court of Arizona. | 22-41 |

18063050.1

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

4     Case No. 3:19-cv-01446-GPC-MSB
DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF DEFENDANT BRAEMAR PARTNERSHIP dba CATAMARAN RESORT HOTEL AND SPA'S MOTION TO DISMISS PURSUANT TO FRCP R. 12(B)6, 12(E)