Nadia P. Bermudez, Bar No. 216555
KLINEDINST PC
501 West Broadway, Suite 600
San Diego, California 92101
(619) 239-8131/FAX (619) 238-8707
nbermudez@klinedinstlaw.com

Lindsey N. Casillas, Bar No. 269688
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
lcasillas@klinedinstlaw.com

Attorneys for Defendant,
BRAEMAR PARTNERSHIP dba
CATAMARAN RESORT HOTEL AND SPA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>Plaintiff,<br><br>v.<br><br>BRAEMAR PARTNERSHIP DBA CATAMARAN RESORT HOTEL AND SPA,<br><br>Defendant. | Case No. 3:19-cv-01446-GPC-MSB<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: December 13, 2019<br>Time: 1:30 p.m.<br>Courtroom: 2D<br>Judge: Hon. Gonzalo P. Curiel<br>Magistrate Judge: Hon. Michael S. Berg<br>Trial Date: None set<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 501 West Broadway, Suite 600, San Diego, California 92101.

/ / /

/ / /

---

KLINEDINST PC
501 WEST BROADWAY, SUITE 600
SAN DIEGO, CALIFORNIA 92101

On September 24, 2019, I served true copies of the following document(s) described as:

**NOTICE OF DEFENDANT BRAEMAR PARTNERSHIP DBA CATAMARAN RESORT HOTEL AND SPA'S MOTION TO DISMISS PURSUANT TO FRCP R. 12(B)6, 12(E) AND MOTION TO STRIKE PURSUANT TO FRCP R. 12(F);**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT BRAEMAR PARTNERSHIP DBA CATAMARAN RESORT HOTEL AND SPA'S MOTION TO DISMISS PURSUANT TO FRCP R. 12(B)6, 12(E) AND MOTION TO STRIKE PURSUANT TO FRCP R. 12(F);**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT BRAEMAR PARTNERSHIP DBA CATAMARAN RESORT HOTEL AND SPA'S MOTION TO DISMISS PURSUANT TO FRCP R. 12(B)6, 12(E) AND MOTION TO STRIKE PURSUANT TO FRCP R. 12(F);**

**DECLARATION OF NADIA P. BERMUDEZ IN SUPPORT OF DEFENDANT BRAEMAR PARTNERSHIP DBA CATAMARAN RESORT HOTEL AND SPA'S MOTION TO DISMISS PURSUANT TO FRCP R. 12(B)6, 12(E) AND MOTION TO STRIKE PURSUANT TO FRCP R. 12(F)**

on the interested parties in this action as follows:

| | |
|---|---|
| Peter Strojnik (Sr.)<br>7847 N. Central Avenue<br>Phoenix. Arizona 85020 | (602) 524-6602<br>ps@strojnik.com |

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 24, 2019, at San Diego, California.

_____
Sonja L. Hill