1  Nadia P. Bermudez, Bar No. 216555
2  KLINEDINST PC
3  501 West Broadway, Suite 600
   San Diego, California 92101
4  (619) 239-8131/FAX (619) 238-8707
   nbermudez@klinedinstlaw.com
5
6  Lindsey N. Casillas, Bar No. 269688
   KLINEDINST PC
7  801 K Street, Suite 2100
   Sacramento, California 95814
8  (916) 444-7573/FAX (916) 444-7544
9  lcasillas@klinedinstlaw.com

10 Attorneys for Defendant, EVANS
   HOTELS, LLC (*erroneously sued as*
11 BRAEMAR PARTNERSHIP dba
12 CATAMARAN RESORT HOTEL AND
   SPA)
13

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK (SR.),<br><br>Plaintiff,<br><br>v.<br><br>BRAEMAR PARTNERSHIP DBA CATAMARAN RESORT HOTEL AND SPA,<br><br>Defendant. | Case No. 3:19-cv-01446-BAS-AHG<br><br>**JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Courtroom: 4B<br>Judge: Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Allison H. Goddard<br>Trial Date: None set |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff, PETER STROJNIK (SR.) and Defendant EVANS HOTELS, LLC (erroneously sued as BRAEMAR PARTNERSHIP dba CATAMARAN RESORT HOTEL AND SPA) stipulate and jointly move that the Court dismiss this action WITH PREJUDICE in

its entirety and as to all parties, complaints, counter-claims and causes of action pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear his/its own costs and attorneys' fees.

KLINEDINST PC

DATED: July 13, 2020         By: *[signature]*
                                Nadia P. Bermudez
                                Lindsey N. Casillas
                                Attorneys for Defendant, EVANS
                                HOTELS, LLC (erroneously sued as
                                BRAEMAR PARTNERSHIP dba
                                CATAMARAN RESORT HOTEL AND
                                SPA)

DATED: July 10, 2020         By: *[signature]*
                                Peter Strojnik, in propria persona

18618948.1